UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BRUCE EDWARD LAWSON, | ) | |
| | ) | |
| *Petitioner*, | ) | No. 1:07-cv-244/1:04-cr-137 |
| v. | ) | *Chief Judge Curtis L. Collier* |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Respondent.* | ) | |

## **MEMORANDUM**

The Court received a *pro se* petition from Bruce Edward Lawson ("Petitioner") entitled Habeas Corpus Ad Subjiciendum wherein he stated the purpose of the his petition was to test the legality of his detention and imprisonment rather than his guilt or innocence (Court File # 1). Therefore, the Court directed Petitioner to pay the $5.00 filing fee or submit an *in forma pauperis* application with thirty days from the Court's October 17, 2007 Order (Court File # 2). In addition the Court directed Petitioner to supplement his petition with facts and legal grounds establishing his current detention is illegal. Petitioner's response was due on or before November 16, 2007. Petitioner was notified that failure to comply with the Court's order would result in the automatic dismissal of this action (Court File # 2, p. 2).

Petitioner has failed to pay the filing fee or file an *in forma pauperis* application; return a sufficient petition; or file any type of response to the Court's order. Therefore, this action will be

**DISMISSED** *sua sponte* for failure to comply with the orders of this Court. FED. R. CIV. P. 41(b);

*Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

An appropriate judgment will enter.

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**